UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHRISTOPHER HAMILTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>  Defendants. | No. 2:25-cv-2575 AC P<br><br><br>ORDER |

    Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  Because he failed to pay the filing fee or submit an application to proceed in forma pauperis, he was ordered to do so before the case could proceed.  ECF No. 3.  In response, plaintiff submitted an in forma pauperis application and a copy of his jail trust account statement for the past six months.  ECF No. 6.  The form and the trust account statement, however, were insufficient to comply with 28 U.S.C. § 1915(a), which requires "an affidavit that includes a statement of all assets such prisoner possesses" and "a *certified* copy of the trust fund account statement (or institutional equivalent) from the prisoner for the 6-month period immediately preceding the filing of the complaint."  28 U.S.C. § 1915(a)(1)-(2) (emphasis added).  As such, plaintiff was provided another opportunity to submit a fully completed application and instructed that the application "must include (1) a completed new "Application to Proceed In Forma Pauperis By a Prisoner" used by this court ***and*** (2) either (a) the certification

1

portion of the in forma pauperis application needs to be filled out and signed by an authorized prison official or (b) a *certified* copy of his trust account statement for the six-months preceding the filing of his complaint. ECF No. 7.

This time in response, plaintiff submitted a new form application and another copy of his trust account statement for the past six months. Although the form contains more information and is signed, it remains incomplete because plaintiff did not have an authorized officer complete the *certificate* portion of the in forma pauperis application or submit a *certified* copy of his trust account statement. Plaintiff will be provided one final opportunity to correct this defect. Failure to do so or pay the appropriate filing fee will result in a recommendation that this action be dismissed without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the Application to Proceed In Forma Pauperis By A Prisoner used by this court; and

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application with the **required certification or certified copy** of his trust account for the six-months preceding the filing of his complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 20, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2