UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHRISTOPHER HAMILTON, | No. 2:25-cv-2575 AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

Plaintiff filed a motion for a 180-day extension of time to respond to defendants' October 15, 2025, motion to dismiss. ECF No. 10. Plaintiff states he needs an extension because he has cognitive disabilities and mental health issues, is reliant on other prisoner's to assist him with reading and writing court filings, and anticipates being released soon. Id. at 1-2. According to plaintiff, once he is released, he will be able to obtain mental health records and proper assistance to respond to the motion to dismiss. Id. at 1-2.

Plaintiff, however, does not provide a date for his release. Nor does he explain why he cannot obtain the records he needs before he is out of custody. Accordingly, plaintiff's motion for an extension of time will be granted in part. Plaintiff will be given sixty (60) days from the date of this order to respond to defendants' motion to dismiss.

If later, plaintiff believes he needs an additional extension, he may file another motion. If he does so, however, he must identify the length of time he seeks for the extension and explain

1

why he needs the amount of time requested.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted in part; and

2. Plaintiff is granted sixty (60) days from the date of this order in which to file a response to defendant's motion to dismiss (ECF No. 5).

DATED: December 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE