UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHRISTOPHER HAMILTON, | No.  2:25-cv-2575 AC |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL et al, | |
| Defendants. | |

Plaintiff is proceeding in this action pro se while incarcerated.  On October 15, 2025, defendants filed a motion to dismiss the case.  ECF No. 5.  On November 24, 2025, plaintiff moved for an 180-day extension of the deadline to respond to this motion.  ECF No. 10.  On December 2, 2025, because the undersigned found plaintiff's reasoning for such an extension inadequate, the court instead granted plaintiff 60 days to either respond to defendants' motion or more comprehensively explain why further extension is necessary.  ECF No. 11.  To date, plaintiff has filed neither an opposition nor a renewed motion for extension of time.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this

1

order.  If plaintiff fails to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDERED.

DATED: February 4, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2