UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHRISTOPHER HAMILTON, | No.  2:25-cv-2575 AC |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL et al, | |
| Defendants. | |

Plaintiff is proceeding in this action pro se while incarcerated.  On October 15, 2025, defendants filed a motion to dismiss.  ECF No. 5.  On November 24, 2025, plaintiff moved for an 180-day extension of the deadline to respond to this motion.  ECF No. 10.  On December 2, 2025, because the undersigned found plaintiff's reasoning for such a lengthy extension inadequate, the court granted plaintiff 60 days to either respond to defendants' motion or more comprehensively explain why further extension is necessary.  ECF No. 11.

On February 5, 2026, plaintiff was ordered to show cause as to why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  ECF No. 14.  On the same day, the Clerk's Office docketed plaintiff's motion for an additional 60 days to respond to defendants' motion to the motion to dismiss.  ECF No. 15.  Plaintiff explained that he had recently been transferred to another facility, and is still waiting for copies of medical and mental health records.  Id. at 1.

1

Although plaintiff's transfer supports an extension of time, the delay in obtaining medical and mental health records does not.  The motion to dismiss, which was filed almost four months ago, asserts the statute of limitations and failure to state a claim.  These are issues decided on the basis of the allegations in the complaint, without reference to documentary evidence.  See Rule 12(b)(6), Fed. R. Civ. P.; Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009).  Accordingly, the request for a 60 day extension is excessive—particularly in light of the extension previously granted.  Plaintiff will be provided a final 30-day extension of time.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  The Order to Show Cause, ECF No. 14, is DISCHARGED.

2.  The Motion for Extension of Time, ECF No. 15, is GRANTED IN PART.  Plaintiff shall have 30 days after entry of this order to respond to the motion to dismiss this action.  No further extension will be provided.

IT IS SO ORDERED.

DATED: February 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2