UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHRISTOPHER HAMILTON, | No.  2:25-cv-2575 AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

Plaintiff is a county inmate who filed this civil rights action pursuant to 42 U.S.C. § 1983 without a lawyer.  Because plaintiff failed to pay the filing fee or submit an application to proceed in forma pauperis, he was ordered to do so before the case could proceed.  ECF No. 3. Plaintiff submitted a response, ECF No. 6, which was insufficient to comply with 28 U.S.C. § 1915(a).  ECF No. 9.  Plaintiff was given another opportunity to submit a fully completed application with a proper certification or certified copy of his trust account state for the six months preceding the filing of his complaint.  Id. at 2.

Plaintiff has now submitted a proper motion to proceed in forma pauperis and a declaration showing he cannot afford to pay the entire filing fee.  See ECF No. 12; see also 28 U.S.C. § 1915(a)(2).  Accordingly, plaintiff's motion to proceed in forma pauperis will be granted.

This means that plaintiff is allowed to pay the $350.00 filing fee in monthly installments

1

that are taken from the inmate's trust account rather than in one lump sum.  28 U.S.C. §§ 1914(a), 1915(b)(1).  As part of this order, the prison is required to remove an initial partial filing fee from plaintiff's trust account.  See 28 U.S.C. § 1915(b)(1).  A separate order directed to the appropriate agency requires monthly payments of twenty percent of the prior month's income to be taken from plaintiff's trust account.  These payments will be taken until the $350 filing fee is paid in full.  See 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 12) is GRANTED.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the appropriate agency filed concurrently herewith.

DATED: February 11. 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2