UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HAMILTON,<br>Plaintiff,<br>v.<br>CALIFORNIA HIGHWAY PATROL, SACRAMENTO COUNTY SHERIFF'S OFFICE and SACRAMENTO POLICE DEPARTMENT,<br>Defendants. | No. 2:25-cv-02575-DC-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 5, 22) |

Plaintiff, a Sacramento County inmate proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 20, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 22. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 20, 2026 (ECF No. 22), are ADOPTED;

2. Defendant California Highway Patrol's motion to dismiss (ECF No. 17) is GRANTED;
3. The complaint is dismissed as to all other defendants pursuant to 28 U.S.C. § 1915(e)(2)(B);
4. This action is DISMISSED; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 16, 2026**

Dena Coggins
United States District Judge